```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL MANOS,

                    Plaintiff,
                                                    No.03-CV-2
          vs.                                       (FJS/DRH)

GLENN S. GOORD, Commissioner of
Corrections; RICHARD ROY, Inspector
General of Corrections; JOHN DUNLEVY,
Agent of the Inspector General;
THERESA KNAPP-DAVID, Director of
Classification & Movement of
Corrections; STAN BERG, Asst. Deputy
Superintendent at Clinton Correctional
Facility; SHARON BENSON-PERRY,
Corrections Counselor at Clinton
Correctional Facility; DALE ARTUS;
DANIEL A. SENKOWSKI; VINNIE BEZIO;
and DONALD SELSKY,

                    Defendants.
_____

MICHAEL MANOS,

                    Plaintiff,

          v.
                                                    No. 03-CV-1512
                                                      (FJS/DRH)
RICHARD ROY, Inspector General of
Corrections; JOHN KENDR, Agent and
Sr. Investigator of the Inspector
General; VINNIE BEZIO, Investigator
of the Inspector General; JOHN
DUNLEVY, Agent of Inspector General;
and DOES, JOHN & JANE #1020,

                    Defendants.
_____
```

| APPEARANCES: | OF COUNSEL: |
|---|---|
| MICHAEL MANOS<br>Plaintiff, *pro se*<br>40 East Dorsey Lane<br>Poughkeepsie, New York   12601 | |
| HON. ANDREW M. CUOMO<br>Attorney General of the<br> State of New York<br>Attorney for Defendants<br>The Capitol<br>Albany, New York   12224 | CHRISTINA L. ROBERTS-RYBA, ESQ.<br>Asst. Attorney General |

**FREDERICK J. SCULLIN, JR., S.D.J.**

### DECISION & ORDER

Presently before the Court is Magistrate Judge David R. Homer's December 18, 2007 Report-Recommendation in which he recommends defendants' motion to dismiss the two above-captioned consolidated actions be granted as to all claims and all defendants in both actions. Magistrate Judge Homer's Report-Recommendation was mailed to plaintiff's last known address, but was returned to the Clerk's Office marked, "No Longer Resides Here."  Under Local Rule 41.2(b), failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of the action.  Therefore, in light of Plaintiff's failure to notify the Court of his change of address, the Court hereby

**ORDERS**, that the Report-Recommendation filed by Magistrate Judge David R. Homer on December 18, 2007 is **ACCEPTED** in its entirety for the reasons stated therein, and the Court further

**ORDERS,** that defendants' motion to dismiss the two above-captioned consolidated actions is **GRANTED** as to all claims and all defendants in both actions, and the Court further

**ORDERS,** that the Clerk of the Court is to enter judgment in favor of Defendants in the two above-captioned consolidated action as to all claims and all defendants in both actions.

**IT IS SO ORDERED.**

Dated: January 9, 2008
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge